**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

FILED·
U.S. DISTRICT·COURT
DISTRICT OF COLORADO·

2021 JUL 19 ·PM 2: 1·1

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No. _____

(To.be supplied by the court)

_____Michelle McMillan_____, Plaintiff

v.

_Accelerated Schools of Denver_____,

_2160 S. Cook St._____,

_Denver, CO    80210_____,

_____, Defendant(s).

*(List each named defendant on a separate line.  If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.  The names listed·in the above caption must be identical to those contained in Section B.  Do not include addresses here.)*

---

**EMPLOYMENT DISCRIMINATION COMPLAINT**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Michelle McMillan   2820 W. 116th Place #207 Westminster, CO 80234
(Name and complete mailing address)

303-902-6316   mickey0411@hotmail.com
(Telephone number and e-mail address)

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   Accelerated Schools of Denver 2160 S. Cook St. Denver, CO 80210
(Name and complete mailing address)

303-758-2003
(Telephone number and e-mail address if known)

Defendant 2:   _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

## C.   JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

_____   Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

✓   Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

✗   Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

_____   Other: *(please specify)* _____

2

**D.     STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _See attached_____

The conduct complained of in this claim involves the following: (*check all that apply*)

| | |
|---|---|
| ____ failure to hire | ____ different terms and conditions of employment |
| ____ failure to promote | ✓ failure to accommodate disability |
| ✓ termination of employment | ✓ retaliation |
| ____ other: (*please specify*) _____ | |

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

| | | | |
|---|---|---|---|
| ____ race | ____ religion | ____ national origin | ____ age |
| ____ color | ____ sex | ✓ disability | |

Supporting facts:

See attached

CLAIM TWO: ___See attached_____

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire                    ____ different terms and conditions of employment

____ failure to promote              ____ failure to accommodate disability

_✓_ termination of employment    _✓_ retaliation

____ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

____ race          ____ religion        ____ national origin        ____ age

____ color         ____ sex             _✓_ disability

Supporting facts:

    See attached

Click Here for Additional Claim

**E.    ADMINISTRATIVE PROCEDURES**

Did you file a charge of discrimination against defendant(s) with the Equal Employment
Opportunity Commission or any other federal or state agency? (*check one*)

☑Yes (*You must attach a copy of the administrative charge to this complaint*)

☐No    *see Exhibit F*

Have you received a notice of right to sue? (*check one*)

☑Yes (*You must attach a copy of the notice of right to sue to this complaint*)

☐No    *see Exhibit G*

**F.    REQUEST FOR RELIEF**
*State the relief you are requesting or what you want the court to do. If additional space is needed
to identify the relief you are requesting, use extra paper to request relief. Please indicate that
additional paper is attached and label the additional pages regarding relief as "F. REQUEST
FOR RELIEF."*

*See attached*

**G.    PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this
complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746;
18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an improper
purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
(2) is supported by existing law or by a nonfrivolous argument for extending or modifying
existing law; (3) the factual contentions have evidentiary support or, if specifically so identified,
will likely have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

____7/19/2021_____
(Date)

(Revised December 2017)

5

## Introduction and Facts for Accelerated Schools Disability Discrimination

1. This is an action for relief from violations by Accelerated Schools of Denver, of the right of Plaintiff, Michelle "Mickey" McMillan, to be free from unlawful employment discrimination and wrongful termination on the basis of her disability.

2. Defendants, as Plaintiff's former employers, subjected Plaintiff to the egregious and unlawful employment practice by trying to force her, as a condition of her employment, to participate in and follow the CDC guidelines for wearing a mask even though she told them about her condition and how it prevented her from wearing one.

3. Defendants' discriminatory behavior on a regular basis, by constantly telling me to "just wear a mask" caused Plaintiff significant distress, anxiety, and embarrassment.

4. Plaintiff witnessed Accelerated Schools employees of all ranks, including the Executive Director, Principal and Student Dean, not wearing masks when they thought nobody was watching. The harassment continued even after Plaintiff expressed her opposition to it and "caught" them not following their own protocol.

5. The consequent hostile work environment, discriminatory, wrongful termination, and retaliation at the hands of Defendants caused Plaintiff to feel defensive and insecure about her disability.

## NATURE OF THIS ACTION

6. This is an action brought pursuant to The Americans with Disabilities Act, 42 U.S.C. § 12101, et seq.

7. Plaintiff seeks injunctive and declaratory relief, compensatory damages, punitive damages, liquidated damages, unpaid wages and penalties, and her reasonable litigation expenses as remedies for Defendants' violations of her Federal and Colorado statutory as well as common law rights.

8. Through this Complaint, Plaintiff intervenes as of right in the action commenced by the EEOC on April 23rd, 2021 in which she won the right to sue.

## PARTIES

9. Plaintiff Michelle "Mickey" McMillan is an adult resident of the United States. At all times relevant to this Complaint, Plaintiff had a neurological condition and was under the care of a Neurologist, a disability recognized under the Rehabilitation Act and Americans with Disabilities Act.

10. Defendant Accelerated Schools of Denver is a small private school, housed in the 1st and 2nd floor of the Iliff Mansion/Fitzroy Place, located in the University Park neighborhood. Accelerated Schools of Denver is an employer covered under and subject to following the guidelines under the Americans with Disabilities Act.

11. At all times relevant herein, Defendant, Accelerated Schools of Denver, had at least fifteen employees. It is therefore an "employer" within the meaning of Title VII.

12. Plaintiff is informed and believes, and thereon alleges, that at all times relevant herein each of the Defendant Does 1-50 were responsible in some manner for the occurrences and injuries alleged in this complaint.

D. ## STATEMENT OF ~~FACTS~~ Claims

13. At all times material to this action, Plaintiff was employed by Defendant, Accelerated Schools, at its Denver, Colorado location.

14. Defendant, Accelerated Schools, hired Plaintiff as a Middle and High School Multi Curricular teacher on or around August 1, 2019.

15. As a Middle and High School Multi Curricular teacher, Plaintiff worked in Accelerated Schools' second floor classroom, also known as the "Sun Room." Plaintiff's job responsibilities included, but not limited to:
- Taught Middle School Math and Social Studies
- Taught High School English, Math, US History, and Civics
- Coordinated a guest speaker for 9/11 curriculum
- Created elaborate bulletin boards for each quarter
- Taught virtual dance class for PE credit
- Taught all classes online by summer

16. Plaintiff's duties also included light cleaning in exchange for free rent and utilities.

17. Plaintiff's Timeline of Events are included next as a way to organize the many details:

## Timeline of Events for Layoff

Accelerated Schools of Denver Admin Team:

> Jane Queen(Executive Director who retired 5/31/2020)
>
> Michelle Tuengel - Executive Director
>
> Aundrea McCormick - Principal
>
> Evan Simpson - Dean of Students
>
> > He was my next door teacher throughout the year that I lived and worked there, he was promoted to Dean during the layoffs

8/1/2019(around then) - interviewed, offered, and accepted the job on the spot

Within the first week of working there, I disclosed my disability by telling my *See Exhibit A+B* survivor story to the staff during a teacher work day(because it was an anniversary of surviving, probably around 8/9/2019)

Within 2 weeks, they offered to let me move in upstairs to accommodate my custody situation(I was in between places and living in Longmont so they offered some stability and a situation with less stress)

They amended my contract to include living for free(with cleaning duties) when I moved in within 2-4 weeks of getting hired

9/2021 - They started making accommodations for me(to reduce the chance of seizure triggers) including:

> Extra bathroom breaks
>
> Extra snack breaks(I was allowed to eat in the back with Andrea while someone else used my classroom during my break)
>
> My teaching schedule started later in the day to accommodate for taking Lucy to school in Brighton
>
> They allowed me to leave early on the days I had Lucy
>
> They gave me a heads up when there would be a fire drill
>
> They amended the cleaning part of my contract because it was too much work so I created a weekly log that I had to turn in to McCormick

March or April of 2020 - When the pandemic started, they demanded that I wear a mask, even though I told them that I'm medically exempt and cannot wear one because it could cause me a seizure

4/2020 - I asked them(The admin team, Jane, Michelle, and McCormick) for accommodations for not wearing a mask(work from upstairs or in my classroom, away from everyone) and they said no,
just wear a mask

4/2020 - The Admin team was making accommodations for Georgina and April to work from home, even paying for Gerogina's internet(only to find out she was a fraud) and when I asked why not me, they told me to mind my own business and that not everyone had the same situation

5/2020 -I was the only one without one in the Graduation videos/pictures and they(Jane and Michelle) were saying offensive things about me not caring about others and such

5/2020 - I attended Mariana's retirement event (outdoors) and Jane and Michelle yelled at me to stay inside even though I stayed on the porch, away from everyone(because it was MY RESIDENCE at the time) but Jane and Michelle publicly scolded me for being around everyone without a mask

7/1/2020 - they called me into a meeting to tell me that I was getting "laid off with rehire" due to a drop in enrollment, and that I had to move out in 30 days

I yelled at them about it not being fair because of the high stakes custody situation and my disability(which they knew about and helped me with the whole time I worked there)

Lots of yelling and crying and I stormed out and went back upstairs to continue working from the 3rd floor

7/2/2020 - they came to me and made me sign the NDA because I had started telling the students and parents that it was my last month working there

They said I had to sign it in order to get my last paycheck and be in good standing with them See Exhibit C

7/2/2020 - At some point during July(between 7/2/20-7/31/20), when I was doing the cleaning, I noticed new resumes on McCormick's desk so I asked why they were hiring after laying me(and another teacher) off, and McCormick said they "are always accepting resumes" and brushed it off, so I reapplied online, using my school email

7/2/2020 (sometime between when The Admin team told me about the layoff and end end of the month) they sent me for a drug test because they said they

"smelled marijuana" and I told them that I stayed the night at my friend's house the night before so the smell might have lingered, but they sent me anyway, and I passed it immediately and returned the results
within 1 hour(and they didn't have anything to say then)
8/2020 - Soon after I moved out, Craig Havel(the Maintenance man at the school) told me that they hired a new teacher to fill my position and a teacher assistant, and I looked online and saw that it was true(from the teacher bios on their website) See Exhibit D

I asked McCormick about it and she acted nonchalant and shrugged her shoulders

I sent my resume to McCormick again, but did not get a response
4/28/2021 I noticed my exact job posted on Indeed See Exhibit E

I texted McCormick that I applied online and she responded by saying, "It came through on my end."

I emailed Michelle and McCormick that I noticed the open position and that I was available for rehire and could move back in ASAP, and to let me know the next steps

Michelle replied, "Thanks for letting me know." but nothing came of it

Soon after, I received a generic response from Indeed.com stating that they went with another candidate.

Random notes

Between 9/2020 and 4/2021, whenever I had to pick up my mail, Nadean(the front desk lady whose last name I forgot) would harass me and yell, "You can't be in here without a mask" when I stepped in the doorway to collect my mail

Ever since they received the charge of discrimination, Evan and Nadean have been really nice and welcome me right in(without a mask of course)

I specifically asked Accelerated Schools NOT to forward my mail to the temporary location where I was staying, and that I would pick it up in person whenever I was in the Denver area

I went on 7/12/2021 and asked for my mail, but Michelle said they did not have any of my mail and that they forwarded it, so I asked her why and she told me to talk to their lawyer and leave

I also asked for the letter of reference that was promised to me on 7/2/2020, but she said to talk to their lawyer and told me to leave and when I said that I would wait, she threatened to call the cops and said I was trespassing(I have a video)

## STATEMENT OF ~~FACTS~~ Claims (Continued)

18. Plaintiff expressed her opposition to the Policy to various Accelerated Schools supervisors throughout her employment, including to her direct supervisors, Michelle Tuengel, Aundrea McCormick, and Jane Queen, who was Accelerated Schools' former Executive Director as of 5/31/2021. Despite Plaintiff repeated expressions of disapproval and opposition to Defendant's refusal to make accommodations, no action was taken to remedy the matter or explain why I couldn't have accommodations, such as working in an isolated location on the 3rd floor(where I lived). To the contrary, Plaintiff was advised by these individuals that it was a requirement by the CDC and would not consider making accommodations.

19. Plaintiff also expressed her concerns to Andrea Tovar, the school's nurse and HR manager, who suggested that I keep asking for accommodations.

20. Plaintiff is informed and believes that on July 1st, 2020, she was informed that she was going to be "laid off with rehire" as a direct result of asking for accommodations that they did not want to make.

21. This wrongful termination humiliated and confused the Plaintiff.

22. Plaintiff is informed and believes that on July 2nd, 2020, Defendant, Accelerated Schools, forced her to sign a document that prevented her from telling anyone about the discrimination, in exchange for continued free rent and utilities, as well as a letter of reference. See Exhibit C

23. Plaintiff never received the letter of reference she was owed pursuant to the "Request from Administration" document that was signed on 7/2/2020. She has since requested it numerous times and keeps getting ignored. On 7/12/2021 she went in

person to ask for it, and Defendant, Accelerated Schools' Michelle Tuengel  refused to talk to her and threatened to call the police if she did not leave.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

24. Plaintiff~~Plaintiff~~ timely filed charges with the United States Equal Employment Opportunity Commission, which were cross-filed with the Colorado Civil Rights Division and won the right to sue from the EEOC on 4/23/2021. The Housing discrimination case with the CCRD is ongoing.

25. Plaintiff has timely filed this action and has complied with all administrative prerequisites to bring this lawsuit.

## FIRST CLAIM FOR RELIEF

Violation of the Americans with Disabilities Act (against Defendant Accelerated Schools of Denver)

26. The Americans with Disabilities Act, 42 U.S.C. § 12101, et seq., prohibits employers from discriminating against qualified individuals because of a disability "in regard to job application procedures, the hiring, advancement, or discharge of employees, employee compensation, job training, and other terms, conditions, and privileges of employment." 42 U.S.C. § 12112.

27. Because Neurological conditions such as brain cancer, brain tumors, and seizures substantially limit at least one of Plaintiff's major life activities Plaintiff is an individual with a disability under the ADA.

28. Plaintiff was fully qualified to be a Middle and High School Multi Curricular Teacher and could perform all the essential functions of the position. Plaintiff also passed all of Accelerated Schools' training requirements(including, but not limited to drug screenings) before Accelerated Schools terminated and disqualified him because he has a neurological condition.

29. Accelerated Schools is a covered employer to which the ADA applies.

30. Accelerated Schools terminated and disqualified Plaintiff from employment solely because Plaintiff has a neurological condition. Accelerated Schools made no individualized assessment to determine whether Plaintiff could perform the essential functions of the job and be employed by Accelerated Schools, or whether a reasonable accommodation would enable him to be employed as a Middle and High School Multi Curricular Teacher by Accelerated Schools, as is required under the ADA.

31. Accelerated Schools' termination and disqualification of Plaintiff on the basis of her disability and Accelerated Schools' failure to make an individualized assessment to determine whether Plaintiff could be employed or whether a reasonable accommodation would enable her to be employed by Accelerated Schools violated the ADA.

32. As a result of Accelerated Schools' actions, Michelle "Mickey" McMillan has suffered and will continue to suffer both economic and non-economic harm.

33. The Americans With Disabilities Act (ADA) requires employers to provide so-called "reasonable accommodation" to disabled employees who request it. Such accommodation is intended to allow employees to do their jobs when it would otherwise be difficult for them to remain in their positions.
In addition to mandating reasonable accommodation for disabled employees, the law also prohibits employers from retaliating against employees who request accommodation under the ADA. The Equal Employment Opportunity Commission (EEOC) defines retaliation as an adverse action against a covered individual because he or she engaged in a protected activity. In the case of ADA retaliation, a protected activity would be seeking reasonable accommodation under the ADA.

34. Plaintiff engaged in protected activity by asking for accommodations and by making numerous complaints to Defendants' supervisors.

35. Plaintiff reasonably believed that this term and condition of her employment was unlawful.

36. As a result of Plaintiff's requests for accommodations and complaints, Defendants, their agents and/or employees took materially adverse actions against Plaintiff,

including, but not limited to yelling at her in front of her peers and constructively discharging her from her employment.

37. Defendants', their agents' and/or employees' retaliatory actions would deter a reasonable employee from engaging in protected activity under the ADA.

38. As a direct, legal and proximate result of the discrimination, Plaintiff has sustained economic and emotional injuries, resulting in damages in an amount to be proven at trial.

39. Defendants' unlawful actions were intentional, willful, malicious, and/or done with reckless disregard to Plaintiff's right to be free from retaliation.

40. Plaintiff is entitled to her reasonable costs of suit.

## Second Claim for Relief

Retaliation under the Americans with Disabilities Act (against Defendant Accelerated Schools of Denver)

41. Plaintiff claims that she was not rehired in retaliation for filing administrative charges of disability discrimination. Defendant contends that plaintiff was discharged because of a drop in enrollment, but assured Plaintiff that she would be notified first when enrollment went up and Defendant, Accelerated Schools, was hiring again.

42.  Plaintiff reapplied via email in July 2020 when she saw that the Principal was accepting new resumes and applications, but the Defendant, Accelerated Schools, did not respond to her applications and ignored her requests to discuss reemployment.

43. Plaintiff was told by another employee that they hired two new people after she was laid off. She looked on the Accelerated Schools website and saw that there were 2 new employees, one of which did not have a teaching degree or Professional Teaching license, as the Plaintiff does.

44. Plaintiff requested a "Termination Letter" numerous times between July 2, 2020 and now. Defendant, Accelerated Schools, has ignored every request, but assured Plaintiff that they would "do their part" so she could receive Unemployment benefits immediately.

45. Plaintiff applied for Unemployment benefits on 7/31/2020 and started receiving them soon after, without any repercussions, and without having a termination letter.

46. Plaintiff reapplied to the position on 4/23/2021 when she saw the job posting on Indeed.com. Plaintiff also emailed Michelle Tuengel and texted Aundrea McCormick, but was not considered for the position.

47. Defendant, Accelerated Schools, ignored Plaintiff's request for rehire and sent a generic message from Indeed.com, stating that they "went with another candidate with better credentials."

48. Plaintiff looked on the Accelerated Schools' website and Facebook page and noticed they had at least three other employees(Liam, Kyle, and Jena) employed as "teachers" even though they do not have the equivalent credentials as Plaintiff.

49. Plaintiff's credentials consist of a Bachelor's Degree in Education, Professional teaching license and 10 years of teaching experience.

50. Plaintiff is humiliated and confused as to why she was not offered her position and why they employed people without equivalent teaching credentials.

51. Plaintiff claims that this is an example of retaliation under the ADA by not offering her the position as previously promised, yet hiring new employees while Defendant claimed she was laid off due to a drop in enrollment.

52. Plaintiff engaged in protected opposition to discrimination

53. Defendant, Accelerated Schools, subjected her to an adverse employment action subsequent to the protected activity.

54. A causal connection exists between the protected activity and the adverse employment action.

## SUMMARY REQUEST FOR RELIEF

55. WHEREFORE, Plaintiff respectfully requests that this Court enter Judgment in favor of Plaintiff and against Defendants and award the following relief:

a. Declaratory relief, including but not limited to a declaration that Defendant, Accelerated Schools of Denver, discriminates against individuals with disabilities in violation of the ADA;

b. Declaratory relief, including but not limited to a declaration that the Americans with Disabilities Act bar Accelerated Schools of Denver from denying employment to individuals who are disabled without an individualized assessment of whether they can perform the essential functions of the job (with or without a reasonable accommodation);

c. Appropriate injunctive relief, including but not limited to reinstatement of Michelle "Mickey" McMillan's position with Accelerated Schools of Denver and an order restraining Michelle Tuengel and Accelerated Schools from engaging in further discriminatory conduct of the types alleged in this Complaint;

d. Back pay in an amount to be determined at trial;

e. In the event reinstatement is not granted, front pay;

f. Compensatory and consequential damages, including for emotional distress against Defendant, Accelerated Schools of Denver;

g. Punitive damages against Defendant, Accelerated Schools of Denver;

h. Pre-judgment and post-judgment interest at the highest lawful rate;

i. Request that Defendant, Accelerated Schools, change their policy   regarding reasonable accommodations for people with disabilities;

j. Fuel expenses and other fees and costs of this action;

k. A present and actual controversy exists between Plaintiff and Defendants concerning their rights and respective duties. Plaintiff contends that Defendants violated her rights under the ADA. Plaintiff is informed and believes and thereon alleges that the

Defendants deny these allegations. Declaratory relief is therefore necessary and appropriate.

l. Plaintiff seeks a judicial declaration of the respective rights and duties of the parties.

m. No plain, adequate, or complete remedy at law is available to Plaintiff to redress the wrongs alleged herein.

n. If this Court does not grant the injunctive relief sought herein, Plaintiff will be irreparably harmed.

o.  For an order enjoining Defendants from engaging in the unlawful acts complained of herein;

p. Any such further relief as the Court deems appropriate.

*Exhibit A*

*resume used to attain
the position at Accelerated
Schools*

## Michelle McMillan

12005 E. 13th Ave Apt #207
Aurora, CO 80010
(303) 902-6316
mickey0411@hotmail.com

**OBJECTIVE**    To obtain a teaching position at the upper elementary, middle, or high school level

**PROFILE**    A highly energetic and enthusiastic individual, specializing in Math and ELA, dedicated to providing the best education and care to children of all ages

**EDUCATION**    B.S. in Elementary Education (Math emphasis)
Grand Canyon University, Graduation date: May 1, 2010
Certification: Elementary Education (K-6)
High School Diploma, Ithaca High School, June 1998

**TEACHING EXPERIENCE**

| | | | |
|---|---|---|---|
| High School Teacher | 11th-12th Grade | **Roca Fuerte Academy Learning Center** | **February 2019 - present** |

- Taught small group, subject specific, daily lessons
- Managed a blended learning environment
- Worked individually with students in honors math classes

| | | | |
|---|---|---|---|
| 5th Grade Teacher | 5th Grade | **Global Village Academy** | **July 2017- February 2019** |

- Taught daily CCSS aligned lessons in math, reading, and writing
- Planned multiple assemblies and field trips
- Taught after school dance class

| | | | |
|---|---|---|---|
| Substitute Teacher | K-12th Grade | **Kelly Educational Staffing** | **June 2016 – May 2017** |

- Accepted a long term position in 8th grade literacy classroom at South Middle School, Jan 2017
- Managed and taught in various grade levels and schools, predominantly middle and high school classes

| | | | |
|---|---|---|---|
| ELA Teacher | 6th Grade | **Landmark Academy** | **July 2010-February 2016** |

- Taught daily lessons in grammar, math, reading, and writing
- Wrote and taught own curriculum for writing (9/11, Black History Month)
- Implemented Blended Learning techniques
- Started and managed Middle School Student Council
- Planned and executed all Middle School evening functions (dances, etc.)
- Managed concessions at sporting events
- Attended professional development on analyzing NWEA data at the Headquarters in Michigan
- Traveled with Principal to sister schools to share data and knowledge
- Organized and managed PBS committee

| | | | |
|---|---|---|---|
| Student Teaching | 2nd Grade | **Highline Academy** | **Spring 2010** |

- Attended weekly professional development classes
- Co-designed and implemented specific strategies for RTI
- Created and implemented character education lesson plans
- Used internal NWEA data to promote student achievement
- Tutored students weekly
- Incorporated cooperative learning, language experience approach, hands-on learning experiences, and interdisciplinary teaching
- Designed, implemented, and assessed lesson plans and corresponding materials
- Curriculum experience with Core Knowledge, Saxon Math, Sitton Spelling, Open Court Reading, Step-Up to Writing, and DRA 2

| | | | |
|---|---|---|---|
| Practicums | 1st - 8th Grade | **Farrell B. Howell K-8 School** | **August 2006 - June 2009** |

- 108 contact hours
- Observed classroom instruction and taught whole group, one-on-one and small group lessons

**OTHER WORK EXPERIENCE**

| | | | |
|---|---|---|---|
| Paraprofessional | ECE – 8th Grade | **Farrell B. Howell K-8 School** | **August 2006 – June 2009** |

- Assisted classroom teachers with student learning, making copies, and daily planning
- Taught Saturday School for a selected group of students in preparation for CSAP
- Participated as a part of the Positive Behavior Support (PBS) committee and operated the weekly school store
- Taught lyrical, jazz, and Broadway dance to students during a weekly after school program
- Coached a summer basketball team and reading program sponsored by the Denver Nuggets and the sixth grade girl's basketball team during the school's inaugural year with sports
- Created the school's yearbook with the help of technology students
- Mentored an at-risk student

Exhibit B

# STATE OF COLORADO

### In accord with Colorado State Law and Rules of the Colorado Board of Education

## Michelle Pulleyn McMillan

**Is granted this**

## Teacher

**License to teach or serve in the following areas:**

Elementary Education (K-6)



**Type:** Professional

**Number:** 261771

**Effective:** 05/21/2018

**Expires:** 05/21/2023



COLORADO
Department of Education

This e-certificate was printed on: March 28, 2018

Employers: Always verify this credential against the status online at: https://www.colorado.gov/cde/licensing/Lookup/LicenseLookup.aspx

Exhibit C



To: Mickey McMillan

From:  The Administrative Team

Subject: Request for the month of July

Date: July 1, 2020

Mickey:

For the remaining time you have with Accelerated Schools, now through July 31, 2020,  we are respectfully requesting the following items.  By following these requests we will be able to offer you the full payment for the month of July, honor your current living expenses (ie. free rent, and utilities), and be able to provide you with a letter of reference, if you need it for the next position you are applying for.

We ask that you:

- Do not have any contact with Accelerated students or parents.
- Do not make any social media posts that reference Accelerated Schools or staff.
- Do not make any negative comments to the neighbors about the school or the staff at the school.
- Turn in your school computer no later than Thursday, July 2, 2020, at 3:00 pm.
- Turn in the keys to the building, to the Administration Team on or before July 31, 2020, at 3 PM.

By signing below, I understand the above requests.

_____ Mickey McMillan  Date_7/2/2020_

_____ Michelle Tuengel  Date_7/2/2020_

_____ Aundrea McCormick Date_7-2-2020_

Cc: file

Exhibit D

# Accelerated Schools' Staff Bios

https://www.acceleratedschools.org/about-us/faculty-staff

**\*\*\*Please notice that ALL of these "teachers" do NOT have teaching credentials\*\*\***

## Liam Murphy

High School Instructor and Community Outreach

lmurphy@acceleratedschools.org

Liam A. Murphy has a lifeline relationship with marketing & education. Growing up in a Northern Suburb of Chicago, IL, he played for one of the best soccer clubs in the nation: The Chicago Kickers Soccer Club. It was there he lined up alongside Ken Snow (2-time Herman Award Winner) and Steve Snow (United States, U17, U20, U23 National Teams & the 96 Olympic Team). Liam enjoyed numerous successful seasons at High School, Club, and College level.

During his tenure at school, he played on world-class teams in the United States, as well as in Europe. While injury sidelined the possibility of a professional soccer career, it allowed Liam to channel his talent in another direction. As an Executive for many large Chicago Advertising firms, he implemented successful sports marketing programs centered around special events, outreach, promotions, and cooperation advertising. Also, as a Director of Coaching and Education for large soccer clubs in Chicago and Denver were he created many staff education, training programs as well as age-specific curriculum for all genders, skill-level and age groups.

When Liam is not working, he enjoys family time with his wife Sue and his two kids, daughter, Breckyn and son, Liam (LJ)

## Kyle Pepper

Educational Recruiter and Enrollment Counselor

kpepper@acceleratedschools.org

Kyle has a Bachelor's degree in Sociology from the University of Colorado at Boulder. In 2016, he completed a Master's in Strategic Human Resource Management from the University of Denver. He has worked as a small-group, intensive math tutor for 4th graders in Denver Public Schools and as a job coach/instructional assistant in a school providing life and vocational skills to students with autism and other developmental disabilities. Before joining Accelerated Schools, Kyle worked as a technical IT recruiter.

Exhibit D Continued

Jena McJunkins

Teaching Assistant

jmcjunkins@acceleratedschools.org

Jena recently joined the Accelerated Schools team as a teaching assistant. She earned her BS in Mathematics with a cognate area in Actuarial Science from the University of Nebraska at Omaha and is currently working towards her teaching certification. She is dedicated to supporting the teachers and students here at Accelerated and looks forward to working and learning alongside them. When Jena is not assisting teachers and students, she enjoys seeing new places, yoga and watching Netflix with her cat, Kemba.

Evyn Marsh

High School Instructor and Middle School Instructor

emarsh@acceleratedschools.org

Evyn earned her BS in Mathematics at Colorado State University in Fort Collins, and is a Denver native.  She has worked as a math tutor since high school, and gained teaching experience through being a lead instructor and assistant center director at Mathnasium before arriving at Accelerated Schools this year.  She has worked with students from 1st through 12th grade, and tutored some of her classmates in college.  Although Evyn's favorite subject has always been math, she went to high school at the Denver School of the Arts and hopes to also share that knowledge with the students at Accelerated.

*Exhibit E pg 1*

Accelerated Schools Indeed Job Posting

# Middle/High School Multi-Curricular Teacher

Accelerated Schools of Denver
Denver, CO 80210
Employer actively reviewed job 13 days ago

## Resume insights

You have **matching** qualifications, based on your Indeed resume and the job description

### Experience & Skills

**Teaching**

### Education & Certificates

**Bachelor's degree**

## Job details

Job Type
Full-time
Contract
Number of hires for this role
1

## Qualifications

- Experience:
  - teaching, 2 years (Required)
- Education:
  - Bachelor's (Required)
- Location:
  - Denver, CO 80210 (Required)
- Work authorization:
  - United States (Required)

*Exhibit E continued pg2*

# Full Job Description

**Middle/High School Multi-Curricular Job Description**

Projected starting date: immediately, open until filled

**Location**

Accelerated Schools

2160 South Cook St. Denver, CO 80210

303-758-2003

303-757-4336 (Fax)

Accelerated Schools is a small private non-denominational K-12 school located in southeast Denver near Denver University. We are housed in the historic Fitzroy Mansion. Accelerated Schools features extremely low student/teacher ratios that allow us to authentically implement individual success plans for each of our students. We have open enrollment and are open year-round. Our testing program is done internally and not a government top-down system. Accelerated Schools is the former Randell-Moore School of Denver and has operated under our current name since 1977. We are accredited by The North Central Association Commission of Secondary Schools, which is the accreditation division of AdvancED.

Contact person: Aundrea McCormick: amccormick @acceleratedschools.org

**Job Description**

Applicants must have a high level of computer competency, flexible attitude, be adaptable to learning and using the Accelerated Schools educational delivery system, be able to pass a drug screen and background checks. An ability to work with a diverse student population and flexibility to work with multiple levels of student ability in the same classroom setting is essential. Must be comfortable teaching in multiple content areas and grade levels, as well as being able to manage our in-school suspension program.

**Qualifications**

- Two years of classroom teaching experience or within the educational field (preferably within Math or Science)
- CDE certification or ability to obtain such

All applicants are required to complete an application packet with a professional cover letter, resume, and references.

**Compensation**

Exhibit E Continued pg 3

Accelerated Schools is a year-round school. Salary ranges from the mid $30s to low 40's per year depending on qualifications. Also partial health insurance reimbursement and partial 403(b) match. A graduated vacation schedule based on years' experience with the school is also available in addition to the ten days for national holidays.

**Knowledge, Skills, and Abilities**

Must possess excellent written and verbal communication skills. Proficient in English usage, spelling, grammar, and punctuation. Ability to read and interpret documents such as policy and procedure manuals. Ability to prepare and proofread routine reports, business letters, and correspondence. Ability to effectively present information in one-on-one and small group situations to students, stakeholders, and other employees of the organization. Must have excellent interpersonal skills and the ability to work well with all levels of internal management and staff, outside clients and vendors.

**Additional Certificates, licenses, and registrations** Must possess a valid driver's license with a good driving record.

**OTHER SKILLS AND ABILITIES**

Outstanding customer service and interpersonal communication skills are required. Must possess excellent written communication skills; business writing skills, principles and procedures of record keeping. Exceptional organizational skills and attention to detail are required. Ability to differentiate instruction for multiple skill and age levels is essential. Ability to apply strong computer and Internet research skills. Ability to multi-task and interact in a dynamic environment using independent judgment and personal initiative.

Ability to pass the vetting process of Accelerated Schools including passing a pre-employment drug test, being able to legally work in the United States, and pass criminal and financial background checks.

**PHYSICAL DEMANDS**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. While performing the duties of this job, the employee is regularly required to sit at a desk and use hands and fingers to type; must be able to reach with hands and arms; talk and hear. May frequently be required to stoop or kneel; must occasionally lift and/or move up to 25 pounds. Specific vision abilities required by this job include close vision and ability to adjust focus. Must be able to climb stairs.

**WORK ENVIRONMENT**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. The work environment is primarily is a fast-paced office setting with a moderate noise level and frequent interruptions. Multi-Tasking ability is essential.

*Exhibit E continued pg 4*

**Non-discrimination Policy** ☆

Accelerated Schools does not discriminate on the basis of race, creed, color, national origin or ancestry, gender, sexual orientation, religion, veteran status, age, pregnancy status, genetic information or disability or any other category as prescribed in law.

Job Types: Full-time, Contract

Pay: $32,000.00 - $40,000.00 per year

Experience:

- teaching: 2 years (Required)

Education:

- Bachelor's (Required)

Location:

- Denver, CO 80210 (Required)

Work authorization:

- United States (Required)

Exhibit F

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | | ☐ FEPA ☒ EEOC | 541-2021-01164 |

**COLORADO CIVIL RIGHTS DIVISION**      and EEOC
_State or local Agency, if any_

| Name _(indicate Mr., Ms., Mrs.)_ | Home Phone | Year of Birth |
|---|---|---|
| **MS. MICHELLE MCMILLAN** | **(303) 902-6316** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **2728 S. RICHFIELD ST., AURORA,CO 80013** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. _(If more than two, list under PARTICULARS below.)_

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **RANDELL MOORE SCHOOL OF DENVER DBA ACCELERATED SCHOOLS** | **15 - 100** | **(303) 902-6316** |

| Street Address | City, State and ZIP Code |
|---|---|
| **2160 S COOK ST, DENVER, CO 80210** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON _(Check appropriate box(es).)_

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER _(Specify)_

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **04-01-2020**    Latest **07-31-2020**
☐ CONTINUING ACTION

THE PARTICULARS ARE _(If additional paper is needed, attach extra sheet(s)):_

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – _When necessary for State and Local Agency Requirements_ |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Michelle Mcmillan on 04-06-2021 12:14 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE _(month, day, year)_ |

*Exhibit F continued*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | **541-2021-01164** |

| **COLORADO CIVIL RIGHTS DIVISION** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

**I was hired by the above employer as a Cross Curricular Teacher on or about August 1, 2019. My employer was aware of my disability and need for reasonable accommodations, including, but not limited to, changes in my schedule. In approximately April 2020, I requested the additional reasonable accommodation of not wearing a mask due to my disability. My employer refused to accommodate me or allow me to attend meetings remotely, even though other employees were provided with similar accommodations. On approximately July 1, 2020, I was informed that I would be laid off at the end of the month. I was the only person laid who was forced to sign a non-disclosure agreement. Although the employer claimed that I was laid off due to budget cuts, they continued to hire and promote employees. I was told that I was eligible for rehire, but I received no response after I reapplied in approximately September 2020.**

**I believe that I have been discriminated against based on a disability, within the meaning of the Americans with Disabilities Act of 1990 (ADA), as amended, and retaliated against for participating in protected activity, in violation of the ADA.**

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Michelle Mcmillan on 04-06-2021 12:14 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

Exhibit G

EEOC Form 161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: **Michelle Mcmillan**
**2728 S. Richfield St.**
**Aurora, CO 80013**

From: **Denver Field Office**
**950 17th Street**
**Suite 300**
**Denver, CO 80202**

[ ] *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **541-2021-01164** | **Philip Gross,** **Supervisory Investigator** | **(720) 779-3637** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

for    April 23, 2021

Amy Burkholder,
**Director**

*(Date Issued)*

Enclosures(s)

cc:    **ACCELERATED SCHOOLS**
**Casey Paison, Attorney**