IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Action No. 1:21-cv-01954-NRN

MICHELLE MCMILLAN,

Plaintiff,

v.

ACCELERATED SCHOOLS OF DENVER,

Defendant.

---

**JOINT MOTION AND STIPULATION TO DISMISS**

---

Plaintiff, Michelle McMillan, appears *pro se*, and Defendant Accelerated Schools of Denver, appears by and through its' counsel, Paison & Rogers, LLC, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby submits their Joint Motion and Stipulation to Dismiss, dismissing the above captioned action, WITH PREJUDICE.

DATED at Denver, Colorado, this 8th day of July, 2022.

Plaintiff, *pro se*:

/s/ Michelle McMillan
Michelle McMillan
2820 W. 116th Place, #207
Westminster, CO  80234
303-902-6316
mickey0411@hotmail.com

Counsel for Defendant:

/s/ Casey D. Paison
Casey D. Paison
4155 E. Jewell Avenue, Suite 809
Denver, CO  80222
303-300-1111
caseypaison07@comcast.net